UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 15-02477-VAP (SPx) | Date | January 25, 2016 |
|---|---|---|---|

Title   AUTUMN SMITH, ET AL. -*v*- DIAMOND RESORTS MANAGEMENT, INC., ET AL.

Present: The Honorable   VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Wendy Rogers | Debbie Gale | N/A |
|---|---|---|
| Relief Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

Proceedings:   PLAINTIFF'S MOTION TO REMAND CASE TO RIVERSIDE SUPERIOR COURT [DOC. NO. 9]

Court issues a tentative ruling, hears oral argument and takes the matter under submission.

-      :      06

Initials of Preparer   wr